

*Malcolm H. Bell,* of the New York Bar, and *Edwin K. Daly, Jr.,* for appellant.

*Arlen Specter,* Assistant District Attorney, with him *Louis F. McCabe,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, December 14, 1961:

The order of the Court of Quarter Sessions of Philadelphia County dismissing a petition to show cause why the judgment of sentence should not be vacated is affirmed on the opinion of President Judge Alessandroni for the court below, reported at 26 Pa. D. & C. 2d 289.

## Sloan Unemployment Compensation Case.

Argued November 17, 1961. Before Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ. (Rhodes, P. J., absent).

580

*Paul A. Simmons,* with him *Tempest & Simmons,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *David Stahl,* Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION PER CURIAM, December 14, 1961:

The six Judges who heard the argument of this appeal being equally divided in opinion, the decision of the Unemployment Compensation Board of Review is affirmed.

## Banas *v.* Eagle Coal Company (et al., Appellant).

